**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sidney Carl FRAZIER, a.k.a. Sydney
Oliver, Defendant–Appellant.**

**No. 01–12880.**

United States Court of Appeals,
Eleventh Circuit.

March 12, 2003.

Craig L. Crawford, Orlando, FL, for Defendant–Appellant.

Pamela A. Moine, Asst. U.S. Atty., Pensacola, FL, Francis Todd Williams, Tallahassee, FL, for PlaintiffAppellee.

Before WILSON, HILL and FAY, Circuit Judges.

BY THE COURT:

Appellant's motion to vacate the opinion issued in this appeal and to dismiss this

appeal as moot in light of the completion of his sentence is GRANTED.